**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Cletus J. Tobe, III,                                         Case No. 3:13cv1046

    Plaintiff

    v.                                                            **ORDER**

Commissioner of Social Security,

    Defendant

This is an appeal from the denial of supplemental security income.

The Magistrate Judge filed a Report and Recommendation concluding the Administrative Law Judge's decision is not supported by substantial evidence and should be remanded for further proceedings. (Doc. 23). Neither party has filed objections to the Report and Recommendation.

Having reviewed the Magistrate Judge's Report and Recommendation, I find it thorough, well-reasoned, and correct.

It is, therefore,

ORDERED THAT the Magistrate Judge's Report and Recommendation (Doc. 23) be, and the same hereby adopted in full.

So ordered.

                                              /s/ James G. Carr
                                              Sr. U.S. District Judge